BEFORE THE THIRD DIVISION, MAY 6, 1959

**No. 63019.**—John E. Staren *v.* United States, protests 214469–K, etc. (Nogales).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.